UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02693-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.95.250.156,

    Defendant.

**PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.95.250.156 are voluntarily dismissed with prejudice.

Dated: December 18, 2024

    Respectfully submitted,

    By: */s/ Jessica Fernandez*
    Jessica Fernandez
    Associate In-House Counsel
    General Media Systems, LLC
    11239 Ventura Blvd
    Suite #103 Box 717
    Studio City, CA 91604
    Phone: 818-253-1453
    Fax: 323-872-0022
    Jessica@Strike3Holdings.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.